UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/09
```

LEXINGTON INSURANCE COMPANY, as
subrogor of, NO. 5 TIMES SQUARE
DEVELOPMENT, LLC,

                          Plaintiff,

        -v-

GMRI, INC., et al.

                          Defendants.

No. 06 Civ. 7712 (RJS)( KNF)
ORDER

RICHARD J. SULLIVAN, District Judge:

It having been reported to the Court that this action has been resolved,

IT IS HEREBY ORDERED that this action is dismissed with prejudice but without costs;

provided, however, that within thirty days of the date of this Order, any party may apply by letter

for restoration of this action to the calendar of the undersigned, in which event the action will be

restored.

SO ORDERED.

Dated:        May 11, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE